IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHARLOTTE RICHARDS,                    )
                                       )
                    Petitioner,        )
                                       )
          vs.                          )          No. CIV-12-1128-C
                                       )
MILLICENT NEWTON-EMBRY,                )
Warden,                                )
                                       )
                    Respondent.        )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on February 22, 2013.  The court file reflects that no party

has objected to the Report and Recommendation within the time limits prescribed.

Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 15)

is adopted and the Petition for Writ of Habeas Corpus is denied.  A judgment shall enter

accordingly.

IT IS SO ORDERED this 13th day of March, 2013.

ROBIN J. CAUTHRON
United States District Judge